JUSTIN OWENS, State Bar No. 254733
 jowens@sycr.com
SALIL BALI, State Bar No. 263001
 sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendants
LINK US, LLC and BASEM TOMA
and Counterclaimant LINK US LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LINK US, LLC, a North Carolina corporation, BASEM TOMA, an individual,<br><br>Defendants. | Case No. 3:18-cv-07576-CRB<br>Assigned to Judge Charles R. Breyer<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO CISCO'S MOTION TO DISMISS AND/OR STRIKE DEFENDANT LINK US LLC'S AMENDED COUNTERCLAIM AND REQUESTS FOR RELIEF [DKT. NO. 32]**<br><br>Date:      December 6, 2019<br>Time:     10:00 a.m.<br>Judge:    Hon. Charles R. Breyer<br>Location: San Francisco Courthouse<br>              Courtroom 6 - 17th Floor<br>              450 Golden Gate Ave.<br>              San Francisco, CA 94102 |
| LINK US, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Counterdefendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STATEMENT OF RECENT DECISION RE: CISCO'S MOTION TO DISMISS COUNTERCLAIM
4819-3347-7036v1/105687-0001                                                Case No. 18-cv-07576-CRB

1    Defendant and Counterclaimant Link US, LLC ("Link") files this Notice of Recent Decision pursuant to Local Rule 7-3(d)(2).  The purpose of this Notice is to bring to the attention of the Court a recent decision that is relevant to determination of Cisco's pending Motion to Dismiss And/Or Strike Defendant Link US LLC's Amended Counterclaim and Request for Relief ("Motion to Dismiss," filed at Dkt. No. 32).

   Link filed its Opposition to the Motion to Dismiss on July 19, 2019.  *See* Dkt. No. 35.

   On August 21, 2019, the Honorable Beth Labson Freeman issued an *Order Granting Without Leave To Amend in Part And Denying In Part Plaintiffs' Motion to Dismiss And/Or Strike Defendants' Amended Counterclaims And Requests For Relief.*  This decision denied in relevant part Cisco's motion to dismiss counterclaims that were filed against Cisco in a separate action, but which raise the same factual and legal issues as the counterclaim that Link asserts against Cisco in this action.  Judge Labson Freeman's decision was issued in *Cisco Systems, Inc. et al. v. Beccela's Etc., LLC, et al.*, 18-cv-00477-BLF (N.D. Cal)

   A copy of the decision, published as *Cisco Sys. v. Beccela's Etc., LLC*, 2019 U.S. Dist. LEXIS 142273, is attached hereto as **Exhibit A**.  The decision was also published at 2019 WL 3944986.

Dated:  November 7, 2019         STRADLING YOCCA CARLSON & RAUTH, P.C.


                                 By:  */s/ Justin Owens*
                                      Justin Owens
                                      Salil Bali
                                 Attorneys for Counterclaimant LINK US, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

STATEMENT OF RECENT DECISION RE: CISCO'S MOTION TO DISMISS COUNTERCLAIM
4819-3347-7036v1/105687-0001                                    Case No. 18-cv-07576-CRB