RICHARD J. NELSON (State Bar No. 141658)
E-Mail:     *rnelson@sideman.com*
LYNDSEY C. HEATON (State Bar No. 262883)
E-Mail:     *lheaton@sideman.com*
MICHAEL H. HEWITT (State Bar No. 309691)
E-Mail:     *mhewitt@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LINK US LLC, a North Carolina corporation, and BASEM TOMA, an individual, ,<br><br>Defendants. | Case No. 3:18-cv-07576 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS LINK US, LLC and BASEM TOMA, AND OF COUNTERCLAIMS AGAINST PLAINTIFFS**<br><br>Judge:   Honorable Charles R. Breyer |
| LINK US LLC, a North Carolina corporation<br><br>Counterclaimant,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Counterdefendants. | |

2835-242\4409138

Case No. 3:18-cv-07576 CRB

JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF
DEFENDANTS LINK US, LLC and BASEM TOMA, AND OF COUNTERCLAIMS AGAINST PLAINTIFFS

**NOTICE IS HEREBY GIVEN THAT** plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. (collectively, "Cisco") and defendants LINK US, LLC and BASEM TOMA ("Defendants") hereby **STIPULATE** and **AGREE** to the voluntary dismissal of the Defendants from this Action with prejudice, and of Defendant Link US, LLC's counterclaims against Cisco with prejudice, pursuant to the Parties' Settlement Agreement and Fed. R. Civ. Proc. Rule 41(a)(2).

**IT IS SO STIPULATED.**

DATED: May 20, 2020         SIDEMAN & BANCROFT LLP

By:    /s/ *Michael H. Hewitt*
       Michael H. Hewitt
       Attorneys for Plaintiffs
       Cisco Systems, Inc. and Cisco Technology, Inc.

DATED:  May 20, 2020        STRADLING YOCCA CARLSON & RAUTH, PC

By:    /s/ *Justin Owens*
       Justin Owens
       Attorneys for Link US LLC and Basem Toma

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   May 21, 2020

_____
THE HON. CHARLES R. BREYER
United States District Judge

**ATTESTATION**

I, Michael H. Hewitt, attest that counsel for Defendants concurred in the filing of this Stipulation and [Proposed] Order of Voluntary Dismissal.

DATED: May 20 , 2020        SIDEMAN & BANCROFT LLP

By:    /s/ *Michael H. Hewitt*

---

2835-242\4409138                                1                              Case No. 3:18-cv-07576 CRB
JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF
DEFENDANTS LINK US, LLC and BASEM TOMA, AND OF COUNTERCLAIMS AGAINST PLAINTIFFS